**Order entered July 10, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00545-CR

**PROMISE LASHAWN KELLEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F12-56130-I**

## ORDER

The Court **ORDERS** the Dallas County District Clerk to file the clerk's record in this case within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to Felicia Pitre, Dallas County District Clerk, and to counsel for all parties.

/s/    LANA MYERS
       JUSTICE